**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Justin N. Malanowski
    Melissa N. Malanowski

              Debtor(s)

Case No.: 2−10−23018−PRW
Chapter: 13

SSN: xxx−xx−8779
SSN: xxx−xx−7837

# NOTICE OF TRANSFERRED CASE

Please take notice that the above−referenced case was originally commenced in the Rochester Division of the Western District of New York as a Chapter 13 on December 23, 2010.

Subsequently, on September 12, 2014, an Order was entered transferring the case to the District of Maine.

The new case number in the District of Maine is: 14−20783. The Honorable Peter G. Cary has been assigned to the case.

Date: October 1, 2014

Lisa Bertino Beaser
Clerk of Court

Form ntcgen/Doc 91
www.nywb.uscourts.gov